The People of the State of New York, Respondent, v Walter T. Dabrowski, Jr., Appellant. [890 NYS2d 887]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

The People of the State of New York, Respondent, v Daniel Hartrich, Appellant. (Appeal No. 1.) [890 NYS2d 874]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

The People of the State of New York, Respondent, v Daniel Hartrich, Appellant. (Appeal No. 2.) [890 NYS2d 874]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

The People of the State of New York, Respondent, v Eric T. Sykes, Appellant. [890 NYS2d 887]—

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

The People of the State of New York, Respondent, v Thomas W. Story, Appellant. [891 NYS2d 581]—